UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HAROLD B. KAEDING, | Case No. 0:20-cv-720 ECT/ECW |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This case is before the Court on the Stipulation Enlarging the United States' Time to Respond to the Complaint (Dkt. 7).  Having considered the Stipulation, **IT IS ORDERED** that the Defendant United States shall have until and including July 20, 2020, to answer or otherwise respond to the complaint.

Dated: May 5, 2020

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
Magistrate Judge